IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-15-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JEREMY JAMES RUMMEL, | |
| Defendant. | |

FILED
JUL 30 2018
Clerk, U.S. District Court
District Of Montana
Helena

Defendant Jeremy James Rummel moves to enlarge the time for filing pretrial motions. The government does not oppose the motion.

WHEREFORE, the Court grants the request. Any pretrial motions be filed at the Clerk's office in Helena on or before 4:45 p.m. on August 3, 2018.

The Clerk is directed forthwith to notify counsel of the entry of this order.

DATED this 30th day of July, 2018.

SAM E. HADDON
Senior United States District Court Judge