FILED

AUG 24 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-15-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JEREMY JAMES RUMMEL, | |
| Defendant. | |

On August 24, 2018, the Court held an *ex parte* hearing on counsel for Defendant's Motion to Withdraw as Counsel and Appointment of New Counsel.[1] Upon the record made in open court,

ORDERED:

1. Counsel for Defendant's Motion to Withdraw as Counsel and Appointment of New Counsel[2] will be granted upon the conditions stated in this Order.

---

[1] Doc. 37.

[2] Doc. 37.

2. Colin M. Stephens will be relieved of all further responsibility as counsel for Defendant upon replacement counsel being appointed and having filed a notice of appearance of record.

3. The Federal Defenders of Montana forthwith shall submit a proposed order appointing another member of the CJA panel to represent Defendant.

DATED this 24th day of August, 2018.

SAM E. HADDON
United States District Judge