
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY JAMES RUMMEL,<br><br>　　　　　Defendant. | CR 18-15-H-SEH<br><br>**ORDER** |

The United States' Unopposed Motion to Seal United States' Exhibit 10[1] is DENIED. L.R. CR 55.1(d)(3).

DATED this 5th day of December, 2018.

　　　　　　　　　　　　　　　　*Sam E. Haddon*
　　　　　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 88.