# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-15-H-SEH |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| JEREMY JAMES RUMMEL, | |
| Defendant. | |

Before the Court is the United States' unopposed Motion for a Preliminary Order of Forfeiture.[1]

A plea agreement was filed in this case on December 7, 2018. On December 18, 2018, Defendant entered a plea of guilty to Count I of the superseding indictment. In the plea agreement, Defendant conceded to the forfeiture of certain property listed in the superseding indictment. A factual basis and cause exists for issuance of a preliminary order of forfeiture, under 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d).

---

[1] Doc. 101.

ORDERED:

The United States' unopposed Motion for a Preliminary Order of Forfeiture[2] is GRANTED.

Defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d):

(1)    a Glock, model 19, 9mm semi-automatic caliber pistol, serial number WWK981, and ammunition; and

(2)    $4140.00 in United States currency.

The United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and to make a return as provided by law.

FURTHER ORDERED:

The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order

---

[2] Doc. 101.

and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

Upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 6th day of February, 2019.

SAM E. HADDON
United States District Judge