IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY JAMES RUMMEL,<br><br>Defendant. | CR 18-15-H-SEH<br><br>**ORDER** |

The United States' Unopposed Motion for Dismissal of Certain Forfeiture Proceedings[1] is GRANTED. The forfeiture action against the Glock, Inc. model 19 Pistol, 9 mm semi-automatic caliber pistol, SN:WWK981, and 15 Rounds Assorted Ammunition CAL:9 in the above-captioned case is DISMISSED.

The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") shall return the above listed items to the identified innocent owner known to the ATF and the United States Attorney's Office.

DATED this 8th day of June, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 140.