# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY JAMES RUMMEL,<br><br>Defendant. | CR 18-15-H-SEH<br><br>**ORDER** |

This matter comes before the Court on the United States' motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1) The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2); ); U.S.C. § 881(a)(11); 18 U.S.C. § 924(d) and Rule 32.2, Federal Rules of Criminal Procedure;

2) A Preliminary Order of Forfeiture was entered on February 6, 2019. (Doc. 103.)

3) All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).

1

4) It appears there is cause to issue a final forfeiture order under 21 U.S.C. § 853(a)(1) and (2); 18 U.S.C. § 924(d); and Rule 32.2, Federal Rules of Criminal Procedure.

ORDERED:

1. The motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(n)(7) and (2); Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

$4140.00 in United States currency.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 8th day of June, 2020.

*[signature]*

SAM E. HADDON
United States District Judge